UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 20-mj-7359 (SHS) |
| -v- | : | ORDER |
| WALLYS TINEO, | : | |
| Defendant. | : | |

-------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

     IT IS HEREBY ORDERED that there will be an arraignment and initial pretrial conference via Skype on Friday, August 14, 2020, at 9:00 a.m.  The parties shall dial 888-273-3658, and enter access code 7004275, to join the teleconference.

Dated: New York, New York
       August 11, 2020

SO ORDERED

_____
SIDNEY H. STEIN
U.S.D.J.